# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 20, 2014

Honorable P. K. Holmes III
Room 1038
Judge Isaac C. Parker Federal Building
30 S. Sixth Street
Ft. Smith, AR  72901

RE:  14-1632  In Re: David Stebbins

Dear Judge Holmes:

Included on your copy of the notice of docket activity is a link to a pro se petition for a writ which the named petitioner has filed against you. Please provide a response to the petition at your earliest convenience. The court asks that you serve a copy of your response on the petitioner so that petitioner is aware of the response and can file a reply, if desired. By copy of this letter, petitioner is notified that any reply to your response must be filed with this office within seven days of receipt of the response.

Thank you for your cooperation in this matter. No action will be taken on the writ petition until this office receives your response.

Michael E. Gans
Clerk of Court

JMH

Enclosures

cc: Mr. Christopher R. Johnson
    Mr. David Anthony Stebbins

District Court Case Number:   3:12-cv-03130-PKH