14-1632  In Re: David Stebbins

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 03/14/2014

**Case Name:** In Re: David Stebbins
**Case Number:** 14-1632

**Docket Text:**
PETITION for Writ of Mandamus (Rec'd by FAX) filed by Petitioner Mr. David Anthony Stebbins w/service 03/14/2014 [4133922] [14-1632]

**The following document(s) are associated with this transaction:**
Document Description: Mandamus petition

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Honorable P. K. Holmes III: pk_holmes@arwd.uscourts.gov
Mr. Christopher R. Johnson:
Mr. David Anthony Stebbins: stebbinsd@yahoo.com