United States District Court
Western District of Arkansas
Judge Isaac C. Parker Federal Building
30 South 6th Street, Room 317
Fort Smith, Arkansas 72901

P. K. Holmes, III
Chief U. S. District Judge

Phone: (479) 783-1466

April 16, 2014

Mr. Michael E. Gans, Clerk of Court
United States Court of Appeals
For the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th St., Room 24.329
St. Louis, MO 63102

FILED
APR 21 2014
MICHAEL GANS
CLERK OF COURT

In re: David Stebbins, Case No. 14-1632

Dear Mr. Gans:

In the petition filed March 14, 2014, Petitioner David Stebbins asks that "the United States District Court for the Western District of Arkansas be ordered to pass judgment on the currently pending Application for Leave to Appeal *In Forma Pauperis* in Case No. 12-3130."

Mr. Stebbins filed his motion for leave to appeal *in forma pauperis* on December 19, 2013, and the motion was immediately referred to Magistrate Judge Marschewski. I was not involved with the motion after the referral. The other "incidents of procrastination" listed by Mr. Stebbins in his petition were all also matters referred to the Magistrate. I cannot, therefore, speak to or surmise as to any reason for any delay in the consideration of those matters. I do not believe, however, that there has ever been an intent to simply frustrate Mr. Stebbins.

It is always my intention to address issues as expeditiously as possible, taking into consideration the demands of my docket. In fact, in case 12-3130, after receiving notice from the Eighth Circuit that Mr. Stebbins's previous appeal was being remanded for lack of appellate jurisdiction, I entered an order resolving Mr. Stebbins's pending motion for an amended order before the Eighth Circuit's mandate was even issued in an effort to expedite the matter.

I note that Mr. Stebbins's motion for leave to appeal *in forma pauperis* has now been ruled on by Magistrate Judge Marschewski, and a scheduling order has been entered by the Eighth Circuit in case number 14-1845. Therefore, and for the reasons given above, I do not believe there are grounds for issuance of a writ of mandamus in this case.

RECEIVED
APR 21 2014
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

I would be happy to provide additional information at the request of the Eighth Circuit.

Sincerely,

P. K. Holmes, III
Chief U.S. District Judge

cc: Mr. David Stebbins
Honorable James R. Marschewski
U.S. Clerk--12-3130